IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

           Plaintiff,

-vs-                                                    Criminal Action No.
                                                    25-00304-02-CR-W-DGK

PAUL M. EICHOLZ,

           Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count Two    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Jess Michaelsen
    Case Agent:    Timothy Falk, Task Force Officer
    Defense:    Sean Pickett and Paralegal

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**:    Defendant's possible motion to suppress

**TRIAL WITNESSES**:
    Government:    10    with stipulations; 15    without stipulations
    Defense:      2    witnesses, including Defendant who  ( ) will
                                                                           ( x ) may
                                                                           ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 100 exhibits
    Defense:    10    exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial              ( ) Possibly for trial
    ( ) Motion to continue to be filed    ( X ) Likely a plea will be worked out or a continuance based on scheduling

**TRIAL TIME**: **3 days**
    Government's case including jury selection:   2 days
    Defense case:   1 day

**STIPULATIONS**:
    ( )   not likely
    ( )   not appropriate
    ( x )   open to discussion as to:
        ( )   chain of custody
        ( x )   chemist's reports
        ( x )   prior felony conviction
        ( x )   interstate nexus of firearm
        ( x )   other: Ballistics expert's report and DNA expert's reports

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: March 2, 2026
Defense: March 2, 2026
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   March 2, 2026
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: March 2, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing 3/16/2026
    **Please note**:   Defense counsel states multiple state court conflicts with 3/16/2026 trial docket

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                          */s/ Jill A. Morris*
                          JILL A. MORRIS
                          United States Magistrate Judge